UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HERNANDEZ DOMINGUEZ, et al.<br><br>           Petitioners,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>           Respondents. | No.  1:25-cv-01577-TLN-JDP<br><br>**ORDER** |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Jeremy D. Peterson, Magistrate Judge.

1

1  The parties shall take note that all documents hereafter filed
2  with the Clerk of the Court shall bear case number 1:25-CV-01577-
3  JDP.
4      All currently scheduled dates presently set before Judge
5  Nunley are hereby VACATED.
6      DATED:   November 19, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

    Having also reviewed the file, I accept reference of this
case for all further proceedings and entry of final judgment.
    DATED:   November 19, 2025

/s/ Jeremy D. Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2